```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Rosemarie Lord

    v.

US Social Security Administration,
Commissioner

Case No. 18-cv-475-LM

ORDER

After due consideration of the objection and response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 23, 2019.

_____
Landya B. McCafferty
Chief Judge

Date: August 23, 2019

cc:  Alexandra Jackson, Esq.
     Michael Henry, Esq.